UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

HOLLY JARVIS,

                                    Plaintiff,

                                                                    5:25-CV-0648
v.                                                                 (GTS/ML)

WILLIAM D'ANGELO; and MARPAT, LLC,

                                    Defendants.

_____

APPEARANCES:

HOLLY JARVIS
  Plaintiff, *Pro Se*
105 Rider Ave, #1
Syracuse, New York 13207

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

Currently before the Court, in this *pro se* civil rights action filed by Holly Jarvis

("Plaintiff") against William D'Angelo and Marpat, LLC ("Defendants") are (1) United States

Magistrate Judge Miroslav Lovric's Report-Recommendation recommending that Plaintiff's

Complaint be dismissed without prejudice and with leave to amend for lack of subject-matter

jurisdiction, (2) Plaintiff's Objection to the Report-Recommendations, and (3) Plaintiff's

Amended Complaint.  (Dkt. Nos. 20, 21, 22.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Lovric's

thorough Report-Recommendation, the Court can find no error in the portions of the Report-

Recommendation to which Plaintiff has specifically objected, and no clear error in the remaining

1

portions of the Report-Recommendation: Magistrate Judge Lovric employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein. To those reasons, the Court adds only two brief points.

First, in her Objection, Plaintiff argues that dismissal is not warranted because, liberally construed, her original Complaint alleges facts plausibly suggesting a violation of the Fair Housing Act, 42 U.S.C. §§ 3604 and 3617. (Dkt. No. 22.) The Court disagrees: even when construed with the utmost of special leniency, the factual allegations of Plaintiff's original Complaint do not plausibly suggest a claim under the Fair Housing Act. (*See generally* Dkt. No. 1.)

Second, before it may refer Plaintiff's Amended Complaint to Magistrate Judge Lovric for his review of its pleading sufficiency, the Court must confirm with Plaintiff that she indeed intends to proceed on her Amended Complaint in this action. This is because, when she filed her Amended Complaint, Plaintiff did not yet have the benefit of the Court's Decision and Order on Magistrate Judge Lovric's Report-Recommendation. *Cf. Cresci v. Mohawk Valley Community College*, 693 F. App'x 21, 25 (2d Cir. June 2, 2017) ("The court's criticism of Cresci for failure to submit a proposed amended complaint before learning whether, and in what respects, the court would find deficiencies was unjustified, and the court's denial of leave to replead, simultaneously with its decision that the complaint was defective, effectively deprived Cresci of a reasonable opportunity to seek leave to amend."). As a result, the Court will give Plaintiff a reasonable opportunity to either (1) confirm that she indeed intends to proceed on her Amended Complaint (Dkt. No. 22), or (2) file a revised Amended Complaint.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 21) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) **shall be DISMISSED without prejudice** and without further Order of this Court, unless, within **THIRTY (30) DAYS** of the entry of this Decision and Order, Plaintiff cures the pleading defects identified in the Report-Recommendation; and it is further

**ORDERED** that, within the above-described 30-day time period, Plaintiff either (1) files a letter to the Court stating that she intends to rely on her Amended Complaint filed on January 13, 2026 (Dkt. No. 22), or (2) files a revised Amended Complaint; and it is further

**ORDERED** that, should Plaintiff do either of the above-described two things, her Amended Complaint shall be referred to Magistrate Judge Lovric for further review pursuant to 28 U.S.C. § 1915.

Dated: March 24, 2026
      Syracuse, New York

_____
HON. GLENN T. SUDDABY
United States District Judge

3